UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>                            Plaintiff,<br><br>-against-<br><br>LONELY PLANET GLOBAL, INC.,<br><br>                            Defendant. | 23-CV-4293 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      This case having recently been transferred to the undersigned from the United States District Court for the Central District of California, Defendant Lonely Planet Global, Inc. is directed to answer or otherwise respond to the First Amended Complaint by **June 8, 2023**.

**SO ORDERED.**

Dated:  May 25, 2023
           New York, New York

                                                                   **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**