UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

        Plaintiff,

-v-

LONELY PLANET GLOBAL, INC.,

        Defendant.

CIVIL ACTION NO.: 23 Civ. 4293 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic initial case management conference held today, July 17, 2023, the Court orders that entry of a case management plan is held in abeyance pending entry of a separate settlement conference scheduling order.

Dated:    New York, New York
            July 17, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge