RE: Activity in Case 1:23-cv-04293-ALC-SLC Elliot McGucken v. Lonely Planet USA, LLC et al Order

Lackman, Eleanor <eml@msk.com>
Tue 9/5/2023 5:26 PM
To:Scott Burroughs <scott@donigerlawfirm.com>
Cc:David Jenkins <djenkins@donigerlawfirm.com>

Scott,

I will take your request under advisement and respond shortly once I have conferred with my client.

In the interim, are you in agreement that the conference should be in-person? I thought the conference would be taking place by Zoom, but the court order references in-person, so I thought we should get on the same page logistically.

Regards,
Eleanor



**Eleanor M. Lackman** | **Partner**
T: 212.878.4890 | eml@msk.com
**Mitchell Silberberg & Knupp LLP** | www.msk.com
437 Madison Ave., 25th Floor, New York, NY 10022
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Scott Burroughs <scott@donigerlawfirm.com>
**Sent:** Tuesday, September 5, 2023 5:20 PM
**To:** Lackman, Eleanor <eml@msk.com>
**Cc:** David Jenkins <djenkins@donigerlawfirm.com>
**Subject:** [EXTERNAL] Fw: Activity in Case 1:23-cv-04293-ALC-SLC Elliot McGucken v. Lonely Planet USA, LLC et al Order

-EXTERNAL MESSAGE-
Counsel - in regards to the below, we request the following materials for use in connection with the mediation:

1. Number of units of the disputed book purchased, sold, and in inventory.
2. Dates of sale, revenues, and gross profits (defined as total sales less cost of goods) for the disputed book.
3. All communications between Defendant and the source for the disputed work at issue.
4. Copy of any license or consent documents/ESI relevant to the use at issue.
5. Copy of all notices (physical or electronic) of infringement for the infringement at issue.

Please provide those in advance of the date by which my client must make a settlement proposal as set forth in the court's order.

Thanks,

--
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, July 26, 2023 1:40 PM
**To:** CourtMail@nysd.uscourts.gov <CourtMail@nysd.uscourts.gov>
**Subject:** Activity in Case 1:23-cv-04293-ALC-SLC Elliot McGucken v. Lonely Planet USA, LLC et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court

Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 7/26/2023 at 1:40 PM EDT and filed on 7/26/2023
**Case Name:**     Elliot McGucken v. Lonely Planet USA, LLC et al
**Case Number:**   1:23-cv-04293-ALC-SLC
**Filer:**
**Document Number:** 40
**Docket Text:**
**SETTLEMENT CONFERENCE SCHEDULING ORDER: Settlement Conference set for 10/4/2023 at 10:00 AM, and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, NY 10007 before Judge Andrew L. Carter Jr. (Signed by Magistrate Judge Sarah L Cave on 7/26/2023) (tro)**

**1:23-cv-04293-ALC-SLC Notice has been electronically mailed to:**

Eleanor Martine Lackman     eml@msk.com, kld@msk.com, mcp@msk.com

Scott Burroughs     scott@donigerlawfirm.com, djenkins@donigerlawfirm.com, igatus@donigerlawfirm.com, kschultz@donigerlawfirm.com, lzamora@donigerlawfirm.com, mpaladino@donigerlawfirm.com, stephen@donigerlawfirm.com, tbarrett@donigerlawfirm.com

Trevor William Barrett     tbarrett@donigerlawfirm.com

Frank Trechsel     ftrechsel@donigerlawfirm.com

Ian Logan     itl@msk.com

Rebecca Benyamin     rebecca.benyamin@msk.com

**1:23-cv-04293-ALC-SLC Notice has been delivered by other means to:**

Diana Palacios
Davis Wright Tremaine LLP
865 South Figueroa Street Suite 2400
Los Angeles, CA 90017

Eleanor M Lackman
Mitchell Silberberg and Knupp LLP
2049 Century Park Drive 18th Floor
Los Angeles, CA 90067-3120
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/26/2023] [FileNumber=29847657-
0] [031349ebd97d9224837093111fdc103dbebe0a9fbb48643b3095818252721a1f33
08f4c6dd62b1c5de2ff569869c6a877c62a406c2a8321c901539ea9ac180c3]]