UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

                       Plaintiff,

  -v-                                     CIVIL ACTION NO. 23 Civ. 4293 (ALC) (SLC)

LONELY PLANET GLOBAL, INC.,                   **ORDER**

                       Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant requests that the in-person settlement conference scheduled for October 4, 2023 (ECF No. 40) proceed remotely due to its representative's travel plans. (See ECF No. 42 (the "Request")). Plaintiff opposes the Request. (ECF No. 43). The Request is GRANTED IN PART. Defendant's representative may participate in the conference by phone, the logistics of which shall be arranged by its counsel. All other participants shall attend in-person as scheduled.

Dated:     New York, New York
              September 11, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge