UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

               Plaintiff,

-v-                                   CIVIL ACTION NO. 23 Civ. 4293 (ALC) (SLC)

LONELY PLANET GLOBAL, INC.,                 **ORDER**

               Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

By **November 20, 2023**, the parties shall file a revised proposed case management plan signed by counsel for each party. A template is available at nysd.uscourts.gov/hon-sarah-l-cave.

Dated:      New York, New York
             November 13, 2023

                                          SO ORDERED.

                                          _/s/ Sarah L. Cave_
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**