UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

                        Plaintiff,

-v-                                        CIVIL ACTION NO. 23 Civ. 4293 (ALC) (SLC)

LONELY PLANET GLOBAL, INC.,                       **ORDER**

                       Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 46 for, inter alia, a stay of discovery and adjournment of the parties' deadline to file a proposed case management plan ("PCMP"), made on consent, is GRANTED IN PART and DENIED IN PART, as follows:

1. By **December 18, 2023**, Plaintiff may file a second amended complaint ("SAC").

2. By **January 17, 2024**, Defendant may file an answer to the SAC or request a pre-motion conference from the Honorable Andrew L. Carter, Jr. in connection with its anticipated motion for judgment on the pleadings pursuant to Judge Carter's Individual Practices.

3. The parties' deadline to file the PCMP is ADJOURNED sine die.

4. The parties' request for a stay of discovery is DENIED WITHOUT PREJUDICE.

The Clerk of Court is respectfully directed to close ECF No. 46.

Dated: New York, New York
November 20, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**