UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>    Plaintiff,<br><br>-v-<br><br>LONELY PLANET GLOBAL, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 23 Civ. 4293 (ALC) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **January 25, 2024**, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP"), signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave. To the extent the parties disagree about any portion of the PCMP, they may set forth their respective proposals for the disputed provision, <u>without</u> <u>argument</u>.

Dated:   New York, New York
         January 18, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge