UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

                Plaintiff,

-v-                                    CIVIL ACTION NO. 23 Civ. 4293 (ALC) (SLC)

LONELY PLANET GLOBAL, INC.,                  **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court will enter the parties' proposed case management plan (ECF No. 51) by separate Order. A telephonic status conference (the "Conference") is scheduled for **Thursday, April 25, 2024 at 2:15 p.m.** on the Court's conference line. The parties are directed to call: (646) 453-4442; access code: 983-092-736, at the scheduled time. By **April 19, 2024**, the parties shall file a joint status letter reporting on the status of fact discovery and presenting any open discovery issues to be discussed at the Conference.

Dated:      New York, New York
               January 24, 2024

                                                      SO ORDERED.

                                                      _____
                                                      SARAH L. CAVE
                                                      **United States Magistrate Judge**