UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

                    Plaintiff,

    -v-                                        CIVIL ACTION NO. 23 Civ. 4293 (ALC) (SLC)

LONELY PLANET GLOBAL, INC.,                      **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, April 25, 2024 (the "Conference"), the Court orders as follows:

1. Defendant shall provide to Plaintiff a sworn statement or certified documents sufficient to show: (i) the number of copies of the book sold, (ii) the revenue generated from sales of the book, and (iii) the cost of production of the book.

2. By **May 9, 2024**, Plaintiff shall substantially complete his document production.

3. By **May 13, 2024**, the parties shall exchange privilege logs.

4. The fact discovery deadline is EXTENDED to **June 14, 2024**. By **June 21, 2024**, the parties shall file a joint letter certifying that fact discovery is complete.

5. The expert discovery deadline is EXTENDED to **July 29, 2024**. By **August 5, 2024**, the parties shall file a joint letter certifying that all discovery is complete.

6. Either party may order a transcript of the Conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:         New York, New York
                 April 25, 2024

                                                          SO ORDERED.

                                                          **SARAH L. CAVE**
                                                          **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |