UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

                        Plaintiff,

    -v-

LONELY PLANET GLOBAL, INC.,

                        Defendant.

CIVIL ACTION NO. 23 Civ. 4293 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      The Court is in receipt of the parties' joint letter regarding fact discovery in this action (ECF No. 60 (the "Status Letter")).  An in-person conference to discuss the issues raised in the Status Letter will be held on **Friday, July 19, 2024 at 3:00 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:     New York, New York
             June 24, 2024

                      SO ORDERED.

                      SARAH L. CAVE
                    **United States Magistrate Judge**