UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

                Plaintiff,

-v-                                  CIVIL ACTION NO. 23 Civ. 4293 (ALC) (SLC)

LONELY PLANET GLOBAL, INC.,            **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      The Court is in receipt of the parties' joint letter regarding fact discovery in this action (ECF No. 64 (the "Status Letter")). The Status Letter—which, in part, outlines disputes as to the parties' compliance with the Court's July 19, 2024 Order (ECF No. 63) requiring provision of declarations regarding (1) Plaintiff's discovery of Defendant's use of copyrighted material and (2) data related to Defendant's sale of books containing the infringing material (the "Declarations")—makes it apparent to the Court that another conference is necessary to resolve the outstanding disputes between the parties. Accordingly, a telephone conference is scheduled for **Thursday, August 28, 2024 at 3:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By **Friday, August 23, 2024**, the parties shall submit the Declarations for the Court's review.

Dated:      New York, New York
              August 12, 2024

                                                  SO ORDERED.

                                                  SARAH L. CAVE
                                                  United States Magistrate Judge