UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT MCGUCKEN,

                Plaintiff,

-v-

LONELY PLANET GLOBAL, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 4293 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, August 28, 2024 (the "Conference"), the Court orders as follows:

1. The Court's directive as to the parties' production of declarations, as set forth at ECF No. 63, is deemed satisfied.

2. Fact discovery is deemed closed.

3. The **November 8, 2024** deadline for completion of expert discovery (see ECF No. 63) remains in effect.

4. Either party may order a transcript of the Conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:    New York, New York
           August 28, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge