UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
ELLIOT MCGUCKEN,

                    **Plaintiff,**

        -against-                        1:23-cv-04293 (ALC) (SLC)

LONELY PLANET GLOBAL, INC., et al.,        <u>ORDER</u>

                    **Defendants.**

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendants' September 10, 2024 letter requesting a pre-motion conference. ECF No. 72. The Court will conduct a conference in this action on **October 25, 2024, at 3:00 PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:    October 24, 2024
             New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**