UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

ELLIOT MCGUCKEN,

                                **Plaintiff,**

         -against-                           1:23-cv-04293 (ALC) (SLC)

LONELY PLANET GLOBAL, INC., et al.,        **ORDER**

                                **Defendants.**

----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is **RESCHEDULING** today's conference in this action to **October 25, 2024, at 2:00 PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:    October 25, 2024
            New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**