AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court-Central District of California<br>350 W. 1st Street<br>Los Angeles, California 90012 |
| DOCKET NO. | DATE FILED |
| | 8/4/2022 |

| PLAINTIFF | DEFENDANT |
|---|---|
| DR. ELLIOT MCGUCKEN | LONELY PLANET USA, LLC; et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA0002226621 | 2019-10-12-Snow-Grand-Teton-National-Park-Oxbow-E | DR. ELLIOT MCGUCKEN |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  Stipulation of Voluntary dismissal<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Tammi M. Hellwig | /S/ N. Dulal | 12/18/2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>Plaintiff,<br><br>v.<br><br>LONELY PLANET GLOBAL, INC., et al.,<br><br>Defendants. | Case No.: 1:23-CV-04293-ALC-SLC<br><br>**STIPULATION OF DISMISSAL** |

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Elliot McGucken, and Defendant, Lonely Planet Global, Inc., hereby stipulate, by and through their respective counsel of record, that this action be dismissed in its entirety as to all parties, *with prejudice*, pursuant to Federal Rule of Civil Procedure § 41(1)(A)(ii), with each party bearing its own costs and fees in connection with this action.

**IT IS SO STIPULATED.**

Date: December 17, 2024    By: _____
David Michael Stuart Jenkins, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
djenkins@donigerlawfirm.com
*Attorneys for Plaintiff Elliot McGucken*

Date: December 17, 2024    By: _____
Eleanor M. Lackman
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
*Attorneys for Defendant Lonely Planet Global, Inc.*

SO ORDERED

_____
Hon. Andrew L. Carter, U.S.D.J.